

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-16-00232-CR

Christopher Ray **LOPEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 388503
Honorable Scott Roberts, Judge Presiding

# O R D E R

Appellant has failed to comply with this court's June 3, 2016 order requiring him to file proof that the reporter has been paid for the record or that appellant is indigent. In accordance with that order, appellant's brief is therefore due **July 5, 2016**. The court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court